ORIGINAL

FILED

10/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0118

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0118



STATE OF MONTANA,

    Plaintiff and Appellee,

FILED

OCT 20 2020

Bowen Green...
Clerk of Supreme Co...
State of Montana

v.

                        O R D E R

TERENCE R. PASSMORE,

    Defendant and Appellant.

Appellant has filed a motion for a 90-day extension of time to file his opening brief in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until February 16, 2021, within which to file his opening brief.

No further extensions will be granted.

DATED this 20th day of October, 2020.

For the Court,

By _____
                   Chief Justice